**Opinion issued November 8, 2013.**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-13-00687-CV

_____

## IN RE SUNCOAST ENVIRONMENTAL & CONSTRUCTION INC, AJAZ R. SIDDIQUI AND NAJEEB R. SIDDIQUI, Relators

---

### Original Proceeding on Petition for Writ of Mandamus[1]

---

### MEMORANDUM OPINION

By petition for writ of mandamus, relators, Suncoast Environmental & Construction, Inc., Ajaz R. Siddiqui, and Najeeb R. Siddiqui, seek mandamus relief from the trial court's August 2, 2013, order granting plaintiff Shawn Ibrahim, Inc.'s motion to strike relators' designation of responsible third parties. Real party

---

[1] The underlying case is *Shawn Ibrahim, Inc. v. Suncoast Environmental & Construction, Inc.*, cause number 2011-02593, pending in the 61st District Court of Harris County, Texas, the Honorable Al Bennett presiding.

in interest Shawn Ibrahim, Inc., has filed a motion for sanctions, and Relators have filed an emergency motion for a stay of trial proceedings.

We **DENY** the petition for writ of mandamus, **DENY** the motion for sanctions, and **DENY** the emergency motion for stay.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.